UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Melissa Mercado,

          Defendant.

16 CR 00148 (AJN)

ORDER

DEC 0 4 2019

ALISON J. NATHAN, District Judge:

The VOSR status conference in this case scheduled for December 6, 2019 at 11 am will take place in Courtroom 11B at The Daniel Patrick Moynihan Courthouse located at 500 Pearl Street rather than Courtroom 906 at 40 Foley Square.

SO ORDERED.

Dated: Dec 4, 2019
      New York, New York

12/4/19

_____
ALISON J. NATHAN
United States District Judge

1