# Law Offices of Ezra Spilke

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 09 2019

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

December 9, 2019

**BY ECF**
Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The status conference in this matter is hereby rescheduled to December 10, 2019 at 12:00 p.m.

Re:   *United States v. Melissa Mercado*, No. 16-CR-148 (AJN)

Dear Judge Nathan:

Due to an urgent childcare issue, Ms. Mercado regrettably was unable to attend the interim VOSR hearing scheduled for December 6, 2019. At the suggestion of chambers, I write to advise the Court of times when the parties are available this week. After conferring with counsel for the government and with USPO Noah Joseph, the parties are available on Tuesday, December 10, at all times except from 11:00 to 11:30 and from 3:00 to 3:30. Should the Court be unavailable on December 10, the parties propose submitting to the Court additional availability during the week of December 16. I thank the Court for its considerate attention to this matter.

Respectfully submitted,

Ezra Spilke

Cc:   AUSA Jason Richman
      Ms. Noah Joseph, USPO

SO ORDERED: 12/9/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE